## HOWARD *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 118, September Term, 1964.]

*Decided July 1, 1965.*

Before the entire Court.

PER CURIAM.

For the reasons assigned by Judge Evans, the application must be denied.

*Application denied.*

## DUFF *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 110, September Term, 1964.]

*Decided July 2, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For the reasons assigned by Judge Keating below the application must be denied.

*Application denied.*